**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
tclark@rlattorneys.com
mbeckstead@rlattorneys.com
*Attorneys for Defendant,*
*Walmart, Inc. dba Wal-Mart Store #1560*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| EVANGELIA VASILAKOPOULOU, an individual, | CASE NO: 2:21-cv-01211-JAD-DJA |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| vs. | |
| WALMART, INC. dba WAL-MART STORE #1560; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

COMES NOW, Defendant WALMART, INC. dba WAL-MART STORE #1560 (hereinafter "Defendant"), and hereby substitutes TROY A. CLARK, ESQ. and MATTHEW B. BECKSTEAD, ESQ., of the law firm of RESNICK & LOUIS, P.C., as its counsel of record in place and stead of ROBERT K. PHILLIPS, ESQ., and TIMOTHY D. KUHLS, ESQ., of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC. Defendant asserts the attorneys from PHILLIPS, SPALLAS & ANGSTADT, LLC shall be removed from the electronic service list in this matter.

WHEREAS, Defendant asserts TROY A. CLARK, ESQ, and MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C., are hereby substituted as counsel for Defendants and added to the electronic service list in this case;

1  WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT, LLC, ROBERT
2  K. PHILLIPS, ESQ. and TIMOTHY D. KUHLS, ESQ., hereby agree to the withdrawal and
3  substitution; and
4  WHEREAS, the attorneys from RESNICK & LOUIS, P.C., TROY A. CLARK, ESQ.
5  and MATTHEW B. BECKSTEAD, ESQ., the attorney from RESNICK & LOUIS, P.C., hereby
6  agree to be substituted as counsel for Defendant.

DATED this ___ day of April 2022.                       DATED this 11th day of April 2022.

RESNICK & LOUIS, P.C.                                   PHILLIPS, SPALLAS & ANGSTADT LLC

_____                        _____
TROY A. CLARK, ESQ.                                     ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11361                                    Nevada Bar No. 11441
MATTHEW B. BECKSTEAD. ESQ.                              TIMOTHY D. KUHLS, ESQ.
Nevada Bar Bo. 14168                                    Nevada Bar No. 13362
8925 W. Russell Road, Ste. 220                          504 S. 9th Street
Las Vegas, NV 89148                                     Las Vegas, NV 89101
*Attorneys for Defendant*                               *Former Attorneys for Defendants*
*Walmart, Inc. dba Wal-Mart Store #1560*                *Walmart, Inc. dba Wal-Mart Store #1560*


DATED this ___ day of April 2022.

WALMART, INC.

_____
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

2

WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT, LLC, ROBERT K. PHILLIPS, ESQ. and TIMOTHY D. KUHLS, ESQ., hereby agree to the withdrawal and substitution; and

WHEREAS, the attorneys from RESNICK & LOUIS, P.C., TROY A. CLARK, ESQ. and MATTHEW B. BECKSTEAD, ESQ., the attorney from RESNICK & LOUIS, P.C., hereby agree to be substituted as counsel for Defendant.

DATED this 11th day of April 2022.                    DATED this ___ day of April 2022.

RESNICK & LOUIS, P.C.                                        PHILLIPS, SPALLAS & ANGSTADT LLC

 */s/ Troy A. Clark*
_____          _____
TROY A. CLARK, ESQ.                                             ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11361                                             Nevada Bar No. 11441
MATTHEW B. BECKSTEAD. ESQ.                        TIMOTHY D. KUHLS, ESQ.
Nevada Bar Bo. 14168                                              Nevada Bar No. 13362
8925 W. Russell Road, Ste. 220                               504 S. 9th Street
Las Vegas, NV 89148                                                Las Vegas, NV 89101
*Attorneys for Defendant*                                         *Former Attorneys for Defendants*
*Walmart, Inc. dba Wal-Mart Store #1560*          *Walmart, Inc. dba Wal-Mart Store #1560*

DATED this 11 day of April 2022.

WALMART, INC.

*Matthew Burgess*
_____
MATTHEW BURGESS, ESQ.
Senior Counsel
702 Southwest 8th Street
Bentonville, AR 72716

**IT IS SO ORDERED.**

DATED: 4/11/2022

_____
UNITED STATES MAGISTRATE JUDGE

2