1  ROBERT K. PHILLIPS, ESQ.
   Nevada Bar No. 11441
2  TIMOTHY D. KUHLS, ESQ.
   Nevada Bar No. 13362
3  **PHILLIPS, SPALLAS & ANGSTADT, LLC**
4  504 South Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   (702) 938-1511 (Facsimile)
6  rphillips@psalaw.net
7  tkuhls@psalaw.net

8  *Former Counsel for Defendant*
   *Walmart Inc.*

9

                    UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11

12  EVANGELIA VASILAKOPOULOU, an     Case No.: 2:21-cv-01211-JAD-DJA
    individual,
13                                   **MOTION TO WITHDRAW FORMER**
                Plaintiff,           **COUNSEL OF RECORD, THOSE**
14  v.                               **ATTORNEYS AFFILIATED WITH**
                                     **PHILLIPS, SPALLAS & ANGSTADT,**
15  WALMART, INC. dba WAL-MART STORE **LLC, FROM THE ELECTRONIC**
    #1560; DOES I through X, inclusive and ROE  **SERVICE LIST**
16  BUSINESS ENTITIES I through X, inclusive,
17              Defendants.
18

19         COMES NOW, former counsel for Defendant, WALMART INC. dba WAL-MART STORE

20  #1560 ("Defendant" and/or "Walmart"), who hereby petitions this Court, pursuant to Local Rule LR IA

21  11-6(b), to withdraw those attorneys affiliated with the law firm of PHILLIPS, SPALLAS &

22  ANGSTADT, LLC, from the electronic service list for the above-captioned matter.

23         Specifically, undersigned counsel requests the following names and addresses be removed from

24  the electronic service list:

25

26         Robert K. Phillips          rphillips@psalaw.net,       aayres@psalaw.net,
           afoshee@psalaw.net,         creyes@psalaw.net,          dwilson@psalaw.net,
27         iburton@psalaw.net,         jkephart@psalaw.net,        jpatrick@psalaw.net,
           jtang@psalaw.net,           laguilar@psalaw.net,        lrobinson@psalaw.net,
28         lvmail@psalaw.net,          lwall@psalaw.net,           mcervantes@psalaw.net,

                                        - 1 -

msoto@psalaw.net,   mwessel@psalaw.net,   nhebert@psalaw.net, tkuhls@psalaw.net

DATED this 18th day of April 2022.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Former Counsel for Defendant Walmart, Inc.*

**IT IS SO ORDERED**.

DATED: April 19, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April 2022, I served a true and correct copy of the foregoing, **MOTION TO WITHDRAW FORMER COUNSEL OF RECORD, THOSE ATTORNEYS AFFILIATED WITH PHILLIPS, SPALLAS & ANGSTADT, LLC, FROM THE ELECTRONIC SERVICE LIST,**

☐ By facsimile addressed to the following counsel of record, at the address listed below:

☒ By placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☐ By Hand Delivery (ROC); and/or

☒ By Electronic Filing/Service Notification to:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| Ramzy P. Ladah, Esq.<br>Anthony L. Ashby, Esq.<br>LADAH LAW FIRM<br>517 S. Third Street<br>Las Vegas, NV 89101 | Phone 702-252-0055<br>Fax     702-248-0055 | Plaintiff |
| Troy A. Clark, Esq.<br>Nevada Bar No. 11361<br>RESNICK & LOUIS, P.C.<br>8925 W. Russell Road, Ste. 220<br>Las Vegas, Nevada 89148 | Phone: 702-363-2535<br>Fax:     702-363-2534 | Defendant |

*/s/ Joshua J. Kephart*
An Employee of PHILLIPS, SPALLAS & ANGSTADT, LLC