**RESNICK & LOUIS, P.C.**
MARK R. SMITH, ESQ.
Nevada Bar No. 11782
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220.
Las Vegas, NV  89148
mrsmith@rlattorneys.com
emurphy@rlattorneys.com
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
*Attorneys for Defendant,*
*Walmart, Inc. dba Wal-Mart Store #1560*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVANGELIA VASILAKOPOULOU, an individual, <br><br> Plaintiff, <br> vs. <br><br> WALMART, INC. dba WAL-MART STORE #1560; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | CASE NO:  2:21-cv-01211-JAD-DJA <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 37 |

Defendant WALMART INC. dba WAL-MART STORE #1560 (hereafter "Defendant" or "Walmart") by and through its counsel of record, Mark R. Smith, Esq., and Eleanor D. Murphy, Esq., of the law firm RESNICK & LOUIS, P.C., and Plaintiff EVANGELIA VASILAKOPOULOU, by and through her counsel of record, Ramzy P. Ladah, Esq., and Anthony L. Ashby, Esq., of LADAH LAW FIRM, hereby stipulate that the above captioned action and any and all claims asserted by Plaintiff against Wal-Mart in this action are hereby DISMISSED WITH PREJUDICE.

/ / /

1

Each party is to bear their own attorney fees, interest, and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 1st day of June, 2023 | Dated this 1st day of June, 2023 |
| **RESNICK & LOUIS, P.C.** | **LADAH LAW FIRM** |
| /s/ Eleanor Murphy | /s/ Anthony Ashby |
| MARK R. SMITH, ESQ.<br>Nevada Bar No. 11782<br>ELEANOR D. MURPHY, ESQ.<br>Nevada Bar No. 15071<br>8925 West Russell Road, Suite 220<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant,*<br>*Walmart, Inc. dba Wal-Mart Store #1560* | RAMZY P. LADAH ESQ.<br>Nevada Bar No. 11405<br>ANTHONY L. ASHBY, ESQ.<br>Nevada Bar No. 4911<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff,*<br>*Evangelia Vasilakopoulou* |

## ORDER FOR DISMISSAL WITH PREJUDICE

Based on the parties' stipulation [ECF No. 37] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____ 6/2/23
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

**RESNICK & LOUIS, P.C.**

/s/ Eleanor Murphy_____
MARK R. SMITH, ESQ.
Nevada Bar No. 11782
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
*Attorneys for Defendant,*
*Walmart, Inc. dba Wal-Mart Store #1560*